UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HANDY,<br><br>          Plaintiff,<br>     vs.<br><br>PRIMARY FINANCIAL<br>SERVICES, LLC,<br><br>          Defendant.<br>_____/ | CASE NO. CV F 11-0646 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 9.) |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August 30, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.[1]

This Court VACATES all pending dates and matters, including the August 2, 2011 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:    July 21, 2011**                              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff fails to indicate the need for 60 days to dismiss this action.