# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAREN HANDY,** | Case No. 1:11-cv-00646-LJO-GSA |
| Plaintiff, | **ORDER** |
| vs. | |
| **PRIMARY FINANCIAL SERVICES, LLC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

Dated:   **August 4, 2011**                         **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE